# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT

05 JUL 12 PM 2: 11

TEXAS-EASTERN

| | | |
|---|---|---|
| OLGA OVIEDO | § | |
| | § | |
| V. | § | CASE NO. 4:04CV224 |
| | § | (Judge Schell/Judge Bush) |
| LOWE'S HOME IMPROVEMENT, INC. | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter on this date, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that this case is hereby DISMISSED with prejudice.

DATED this 12th day of July, 2005.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE